STATE OF LOUISIANA

VERSUS

MICHAEL R. RICKS

NO. 24-K-336

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

August 20, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** MICHAEL R. RICKS

---

**APPLYING FOR**  SUPERVISORY WRIT FROM THE TWENTY-FOURTH JUDICIAL DISTRICT COURT, PARISH OF JEFFERSON, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE NANCY A. MILLER, DIVISION "I", NUMBER 24-3721

---

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT DENIED**

In this *pro se* writ application filed on July 26, 2024, relator, Michael R. Ricks, seeks mandamus relief to order the trial court to consider his "Motion to Amend the Motion for Release Without Bail Pending Trial".

Our review of the official record indicates that on July 23, 2024, the Commissioner set a hearing on July 25, 2024 on a "Motion to Amend the Motion for Release Without Bail Pending Trial" filed by relator in Case No. 24-3721.  On July 25, 2024:  the commissioner set a pretrial conference on August 28, 2024, denied the "701 motion". and continued without date relator's motion for bond reduction.  Defendant has subsequently also filed a "Motion to Reconsider the Motion for Release Without Bail Pending Trial".  Thus, the motion has already been ruled upon.

Accordingly, this writ application is denied.

Gretna, Louisiana, this 20th day of August, 2024.

**SUS**
**MEJ**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **08/20/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**24-K-336**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED
24th Judicial District Court (Clerk)
Honorable Nancy A. Miller (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
Michael R. Ricks #355589 (Relator)
Jefferson Parish Correctional Center
P. O. Box 388
Gretna, LA 70054